UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In re:

PRESPERSE CORPORATION,

Debtor.[1]

Bankruptcy Action No. 24-18921 (MBK)

Civil Action No. 25-13835 (RK)

**ORDER ADOPTING, APPROVING AND AFFIRMING THE BANKRUPTCY COURT'S FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER (I) APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT, (II) APPROVING THE SOLICITATION PROCEDURES, AND (III) CONFIRMING THE MODIFIED JOINT PRENEGOTIATED PLAN OF REORGANIZATION OF PRESPERSE CORPORATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

Upon consideration of the *Findings of Fact, Conclusions of Law, and Order (I) Approving Adequacy of Disclosure Statement; (II) Approving the Solicitation Procedures; and (III) Confirming the Joint Prenegotiated Plan of Reorganization of Presperse Corporation Pursuant to Chapter 11 of the Bankruptcy Code* (the "Confirmation Order") entered by the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") on July 29, 2025 at Docket No. 592 in the Bankruptcy Case No. 24-18921; and upon consideration of the entire record in connection with the Confirmation Hearing,[2] including but not limited to the Confirmation Submissions, record of the hearing held on July 29, 2025 in connection with the Plan and Confirmation Order (including argument before the Bankruptcy Court and witness declarations and other evidence submitted, presented and/or admitted at the Combined Hearing) and the record of the Bankruptcy Case; and upon this Court having determined that it has jurisdiction over this

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's tax identification number, is Presperse Corporation (7527). The mailing address for the Debtor for purposes of this chapter 11 case is 19 Schoolhouse Rd, Somerset, NJ 08873.

[2] Capitalized terms used but not defined in herein shall have the meanings ascribed to such terms in the Confirmation Order or the Plan.

matter pursuant to 28 U.S.C. § 1334(a); and proper notice having been given; and no objections having been filed to the Talc Personal Injury Channeling Injunction and related relief contained in the Plan and Confirmation Order, including no objections having been filed regarding the findings of fact and conclusions of law entered and approved by the Bankruptcy Court with respect to the Talc Personal Injury Channeling Injunction pursuant to 11 U.S.C. § 524(g), which relief is subject to approval and/or affirmance by the United States District Court pursuant to 11 U.S.C. § 524(g) (the "District Court"); and after due deliberation and sufficient cause appearing therefor;

IT IS, on this 31st day of July, 2025, **ORDERED, DECREED, AND ADJUDGED THAT**:

1. Pursuant to 11 U.S.C. § 524(g), the Plan (Bankruptcy Docket No. 584) and Confirmation Order (Bankruptcy Docket No. 592), which are incorporated herein by reference, are hereby adopted, approved, and affirmed in all respects, including but not limited to the Talc Personal Injury Channeling Injunction and the findings of fact and conclusions of law entered and approved by the Bankruptcy Court with respect thereto as set forth in the Confirmation Order.

2. The Debtor and other Plan Proponents are hereby authorized, immediately upon entry of this Order, to proceed with the implementation of the Plan and the establishment of the Talc Personal Injury Trust in accordance with the Plan, Confirmation Order, and the Plan Documents.

3. The District Court shall retain jurisdiction to hear and determine all matters arising from the interpretation and implementation of this Order, and the Bankruptcy Court shall retain concurrent jurisdiction to hear and determine all matters arising from the interpretation and implementation of the Plan and Confirmation Order.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**